UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
February 08, 2018
David J. Bradley, Clerk

| | |
|---|---|
| Phillip Sulak, § § Plaintiff, § § versus § § Calpine Corporation, et al., § § Defendants. § | Civil Action H-17-3545 |

## Final Dismissal

Having been advised that Phillip Sulak no longer wishes to pursue his claims against Calpine Corporation, Frank Cassidy, John B. Hill, III, Laurie Brlas, Jack A. Fusco, Michael W. Hoffman, David C. Merritt, W. Benjamin Moreland, Robert A. Mosbacher, Jr., and Denise M. O'Leary, this case is dismissed with prejudice. (3)

Signed on February 7, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge